**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **NATHAN BILLER, INDIVIDUALLY AND ALL OTHERS SIMILARLY SITUATED,** *Plaintiff*, v. **RMCN CREDIT SERVICES, INC., DOUGLAS PARKER, and JULIE PARKER,** *Defendants*. | **Civil Action No. 4:16-cv-0043** **JURY DEMANDED FLSA COLLOECTIVE ACTION** |

**PLAINTIFF'S NOTICE OF FILING ADDITIONAL CONSENTS**

Plaintiff hereby files the following additional Notice of Consents in connection with the above-entitled and numbered action, attached hereto as Exhibits A-C:

1. Exhibit A – Adrian Brito
2. Exhibit B – Ruth E. Dickson
3. Exhibit C – Johnny Hernandez

Respectfully submitted,

 \s\ J. Derek Braziel
**J. DEREK BRAZIEL**
*Attorney in Charge*
SD Bar No. 21134
State Bar No. 00793380
**J. FORESTER**
SD Bar No. 2657413
State Bar No. 24087532
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas  75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing document will be served on Defendants with Plaintiff's Original Complaint and Summons.

                                                                         /s/ *J. Derek Braziel*
                                                                        **J. DEREK BRAZIEL**