IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NATHAN BILLER, INDIVIDUALLY AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>RMCN CREDIT SERVICES, INC., DOUGLAS PARKER, and JULIE PARKER,<br><br>*Defendants*. | Civil Action No. 4:16-cv-0043<br><br>JURY DEMANDED<br>FLSA COLLECTIVE ACTION |

## JOINT MOTION FOR CONTINUANCE

Named Plaintiff Nathan Biller, Early Opt-In Plaintiffs Adrian Brito, Ruth Dickson, and Johnny Hernandez, and the yet-identified Potential Plaintiffs ("Plaintiffs") and Defendants RMCN Credit Services, Inc., Douglas Parker, and Julie Parker ("Defendants") file this joint motion seeking a continuance of all remaining deadlines in this matter pursuant to the Court's directive and Order, Dkt. #40, and would show the Court as follows:

**RELEVANT BACKGROUND AND NEED FOR EXTENSION OF TIME**

1. This is a collective action brought pursuant to the Fair Labor Standards Act ("FLSA"). "The remedial nature of the FLSA [and § 216 militate] strongly in favor of allowing cases to proceed collectively."[1] Recognizing that Plaintiffs' had met their burden to send notice to Potential Plaintiffs, for a judicially-supervised opt-in period,

---

[1] *Pedigo v. 3003 South Lamar, LLP,* 666 F. Supp. 2d 693, 698 (W.D. Tex. 2009); *see also*, *Chase v. AIMCO*, 374 F. Supp.2d 196, 201 (D.D.C. 2005) ("the process of allowing individual AIMCO workers to lodge their claims in a forum where they can be recognized, evaluated, and possibly settled, is consistent with the policy choice Congress made when it created the FLSA right of action.").

and for conditional certification, this Court conditionally certified this matter on May 3, 2017. *See* Dkts. #31, 34.

2. Pursuant to that Order, Defendants were to produce the relevant employee information for Potential Plaintiffs by **May 17, 2017** so that Plaintiffs' counsel could, in fact, send notice to the Potential Plaintiffs of their rights in this matter.[2]

3. As set forth in the Parties' recent joint status report, Dkt. #39, Defendants have failed to produce the Employee Class list pursuant to Dkt. #36, because Individual Defendant Julie Parker is fighting stage III breast cancer, and that there have been significant complications in her treatment. These are the same circumstances that Defendants described to the Court during the Parties' Scheduling Conference on October 24, 2016 when Defendants explained that these circumstances could cause unforeseen delays in this matter.

4. Furthermore, Defendants have represented that the individual who previously assisted Mrs. Parker in maintaining the employee database is no longer employed by RMCN. Defendants have represented to Plaintiffs' counsel and to the Court that they expect to be able to provide the relevant Employee Information information to plaintiffs' counsel by **August 25, 2017** so that the approved notice period may finally commence.

5. Without this continuance, the Potential Plaintiffs will lose out on the opportunity to be notified of their statutory rights in this matter, will functionally be punished for Plaintiffs' counsel's attempts to accommodate an Individual Defendant's medical condition, and this matter will not be able to proceed collectively, working against the

---

[2] *See e.g.*, *White v. Integrated Elec. Techs. Inc.*, 2013 WL 2903070, at *9-10 (E.D. La. June 13, 2013) (that the same information Plaintiffs are still waiting on from these Defendants held necessary **so that Plaintiffs are "adequately equipped" to carry out the broad remedial goals of the notice provision of the FLSA.")**.

statutory intent of the FLSA's collective action provisions and this Court's previous Order. Dkts. #31, 34.

6. Additionally, as Defendants have yet to produce the information so that the notice period may commence, this matter is still in the first, conditional certification, stage. *See* Dkt. #31 at 6. Following the notice period and as is the custom in FLSA collective actions, the Parties will know the final composition of the class and be equipped to commence the second, merits-based phase. As this matter has yet to enter the second phase, the Parties have yet to engage in the merits-based discovery necessary to more fully evaluate prospects for informal resolution, draft and file dispositive motions or prepare the case for trial.

7. For these reasons and with this Court's approval, the Parties seek to continue the pre-trial and trial deadlines, which are currently set to commence on August 25, 2017 (pre-trial) and September 11, 2017 (trial) so that the notice period originally authorized by the Court may occur. This is the first motion for continuance filed by the Parties and the continuance is not sought for purposes of delay but in light of medical conditions and circumstances beyond their control.

8. The Parties stipulate and agree that good cause exists for the extension of these deadlines and that the interests of conservation of the Court's and Parties' resources are best served by this continuance. The Parties submit that the extensions requested here are not sought for the purpose of delay, but only so that efficient justice may be done.

9. As this motion is presented jointly, the Parties do not request a hearing with the Court; however, the Parties are available to discuss and provide any additional clarification the Court may require.

## CONCLUSION

For the foregoing reasons, Plaintiffs and Defendants respectfully request the Court to continue the pre-trial and trial dates in this action as set forth in the proposed order accompanying this Motion.

Respectfully submitted,

*/s/ Jay Forester*
**J. DEREK BRAZIEL**
*Co-Attorney in Charge*
Texas Bar No. 00793380
J. FORESTER
Texas Bar No. 24087532
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas  75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

**ATTORNEYS FOR PLAINTIFFS**

**AND**

/s/ *Robert J. Witte*
Robert J. Witte
State Bar No. 00788700
Robert.witte@strasburger.com
**Strasburger & Price, LLP**
901 Main Street, Suite 4400
Dallas, TX 75202
214-651-4612
214-651-4089

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to opposing counsel via the Court's ECF system.

/s/ Jay Forester
J. Forester