IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NATHAN BILLER, INDIVIDUALLY AND ALL OTHERS SIMILARLY SITUATED, *Plaintiff*, v. RMCN CREDIT SERVICES, INC., DOUGLAS PARKER, and JULIE PARKER, *Defendants*. | Civil Action No. 4:16-cv-0043 JURY DEMANDED FLSA COLLECTIVE ACTION |

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE**

Before the Court came to be considered the Plaintiffs' and Defendant's Joint Motion for Continuance in the above styled and referenced cause and the Court, after considering the argument and evidence of counsel, is of the opinion that said motion should be and is hereby granted.

It is therefore ORDERED, ADJUDGED, AND DECREED by the Court that this Joint Motion for Continuance be and the same is hereby granted and this case is hereby removed from the Court's pre-trial docket for the week of August 25, 2017 and trial docket for the week of September 11, 2017.